UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTES WALKER,

    Plaintiff,

v.

                                    Case No. 1:22-cv-848

P.C. SIMON, et al.,

                                    HONORABLE PAUL L. MALONEY

    Defendants.

_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: November 28, 2022                                /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              United States District Judge